[No. 30769-3-II. Division Two. January 19, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ZACHARIAH EUGENE GARRISON, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 03-1-00595-6, James J. Stonier, J., entered August 5, 2003. *Reversed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 30806-1-II. Division Two. January 19, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN KELLY REYNOLDS, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 03-1-00297-9, David E. Foscue, J., entered August 11, 2003. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 30999-8-II. Division Two. January 19, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM AUSTIN HALLADAY, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 03-1-01067-4, James J. Stonier, J., entered October 15, 2003. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.

[No. 31060-1-II. Division Two. January 19, 2005.]

NEW EDGE NETWORK, INC., *Respondent*, v. BRITSYS, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 03-2-00020-9, John F. Nichols, J., entered October 31, 2003. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.